Matthew R. McGarry
Admitted *Pro Hac Vice*
Olinsky Law Group
250 South State Street, Suite 210
Syracuse, New York 13202
Telephone: 315-701-5780
Facsimile: 315-701-5781
Email: mmcgarry@windisability.com

Hal Taylor, Esq.
NV Bar No.: 4399
223 Marsh Avenue
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN COLON, | ) |
| Plaintiff, | ) CASE NO. 2:20-cv-00496-VCF |
| v. | ) |
| | ) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| ANDREW SAUL, | ) **PLAINTIFF'S BRIEF;** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

  Plaintiff, Evelyn Colon, by her attorneys, Olinsky Law Group, Matthew McGarry, Esq., and Hal Taylor, Esq., Local Counsel, hereby moves for a forty-three day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed Thursday, November 26, 2020.

  Due to the backlog created by the pandemic, combined with the upcoming holiday and the large record size (about 860 pages), the assigned attorney us unable to prepare the opening

1

brief by the November 26, 2020 filing date. Wherefore, Plaintiff requests an extension from November 26, 2020 up to and including January 8, 2021 to file her brief. Counsel for the Plaintiff has conferred with defendant's counsel who kindly has no objection to this request.

Dated this 24th day of November, 2020.

Respectfully submitted,

*/s/Matthew R. McGarry*
Matthew R. McGarry
Admitted *Pro Hac Vice*
Olinsky Law Group
250 South State Street, Suite 210
Syracuse, New York 13202
Telephone: 315-701-5780
Facsimile: 315-701-5781
Email: mmcgarry@windisability.com

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 11-24-2020

*/s/Hal Taylor*
Hal Taylor, Esq.
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, November 24, 2020, by CMECF to Allison J. Cheung, Esq., who is a filing user of the CMECF system.

*/s/Matthew R. McGarry*
Matthew R. McGarry, Esq.

*/s/Hal Taylor*
Hal Taylor, Esq.