Hal Taylor, Esq.
Local Counsel
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: HalTaylorLawyer@gbis.com

Matthew R. McGarry, Esq.
Admitted *Pro Hac Vice*
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780
Facsimile: 315-701-5781
Email: mmcgarry@windisability.com

Attorneys for Plaintiff

April 20, 2021

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| EVELYN COLON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | Case No. 2:20-cv-00496-VCF<br><br>ORDER **FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Evelyn Colon be awarded attorney fees and expenses in the amount of four thousand seven hundred and eighty-three dollars ($4,783.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Olinsky Law Group. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to

Olinsky Law Group, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel, Matthew R. McGarry.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff Evelyn Colon, Matt R. McGarry, and/or Andrew Flemming, including Olinsky Law Group, and Hal Taylor may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Matt R. McGarry, Andrew Flemming, Olinsky Law Group, and Hal Taylor to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

The parties agree that this stipulation terminates the pending motion at Dkt. No. 28.

Dated: April 20, 2021                    Respectfully submitted,

                                         OLINSKY LAW GROUP

|  |  |
|---|---|
|  | */s/ Matthew R. McGarry* |
|  | Matthew R. McGarry |

Dated: April 20, 2021                     Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG

Special Assistant United States Attorney
Attorneys for Defendant


IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE


DATED: \_\_April 20, 2021_____

Page **4**